OSIAS STECHER v. JOSEPH BARON.— Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE A. EVALENKO v. ROBERT M. CATTS.— Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., v. ALFRED STORCH and Others.— Motion denied.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY HORN v. LEO SCHWORTZREICH— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of SAMUEL CUPERMAN, Deceased.— Motion that minutes be prepared at the expense of the estate and dispense with printing denied; appellant's time in which to file record on appeal extended to March 15, 1926.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PIERRE VAN ARSDALE v. CROSS & BROWN COMPANY.— Motion for stay pending appeal granted; appellant should give an undertaking to cover the costs on appeal and the difference between legal interest and the interest allowed by the chamberlain.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE WATKINS, as Administratrix, etc., v. COMMERCIAL STEVEDORING Co., INC., and Others, Impleaded with UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.— Motion denied.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc.  (SECOND RUSSIAN INSURANCE COMPANY.) — Motion for leave to appeal to the Court of Appeals granted.  Motion for reargument denied.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of RALPH J. M. BULLOWA, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE GOMBERG (a Corporation) v. STEPHEN H. JACKSON.— Application denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERBERT E. MITLER v. S. & L. BUILDING CORPORATION.— Application denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAMS, INC., v. JAMES L. TITUS, Doing Business, etc.— Application granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUISE D. P. LEE v. MARK C. TREDENNICK COMPANY.— Application granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DE LAVAL SEPARATOR COMPANY v. SINCLAIR JACK HAINER and Others.— Application denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SPRINGFIELD FIRE AND MARINE INSURANCE COMPANY v. HARRIET C. COOGAN.— Application granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUISE D. P. LEE v. MARK C. TREDENNICK COMPANY.— Application granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER EDSON ANDREWS v. OTTO ARNOLD.— Application denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.